

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00168-CR

_____

MICHAEL LERON DOWDEN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th Judicial District Court
Cass County, Texas
Trial Court No. 2010-F-00080

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Michael Leron Dowden appeals his jury conviction for delivery of a controlled substance (hydrocodone) in an amount less than twenty-eight grams, a state jail felony.

Since the issues and arguments raised in this case are identical to those presented in Dowden's companion appeal, and for the reasons stated in our opinion in *Dowden v. State*, cause number 06-11-00167-CR, we overrule his arguments in this case and affirm the trial court's judgment.

Josh R. Morriss, III
Justice

Date Submitted:     May 1, 2012
Date Decided:       May 8, 2012

Do Not Publish